UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| United States of America, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:18-cv-00025 UNA |
| | ) | |
| Dustin K. English, | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER

The above styled and numbered case was filed on January 5, 2018 and assigned a civil case number.

After a review of the case, it was determined that the case was filed incorrectly. The case should have been assigned a miscellaneous case number.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is assigned a miscellaneous case number and randomly assigned to the Honorable Catherine D. Perry, United States District Judge, under cause number 4:18-mc-00010 CDP.

**IT IS FURTHER ORDERED** that cause number 4:18-cv-00025 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: January 8, 2018                By: Jason W. Dockery
                                                        Case Initiation Team Leader

**In all future documents filed with the Court, please use the following case number 4:18-mc-00010 CDP.**